**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MICHELLE R. SENGER
(513) 564-7045
www.ca6.uscourts.gov

Filed: January 11, 2005

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 02-4261
USA vs. Smith
District Court No. 02-00001

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [02-4261] . Volumes included: 1 Pl; 3 Tr;.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

2-7-05
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy